UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

JACK FERRANTI,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.

No. 05-CV-5222 (JBW)

ORDER

JACK B. WEINSTEIN, Senior District Judge:

The court has respondent's letter of December 9, 2005 regarding the state of discovery from petitioner in this case.

The court is disturbed by the failure of this case to progress since the hearing on November 4, 2005. The parties are directed to expedite the discovery process and coordinate a viewing of all video materials forthwith so that the court may rule on the merits of petitioner's application for a writ of habeas corpus.

SO ORDERED.

/s/ Jack B. Weinstein

Dated: December 12, 2005
   Brooklyn, New York